JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP WOLFSTEIN, | CV 15-7150 PA (AFMx) |
| Plaintiff, | JUDGMENT |
| v. | |
| MORGAN, LEWIS & BOCKIUS, LLP; ANNE M. BRAFFORD; JENNIFER L. BRADFORD; AND COLLIE F. JAMES, | |
| Defendants. | |

Pursuant to the Court's February 4, 2015 Minute Order granting the Motion to Dismiss filed by defendants Morgan, Lewis & Bockius, LLP, Anne M. Brafford, Jennifer L. Bradford, and Collie F. James (collectively "Defendants"), which dismissed the claims asserted by plaintiff Philip Wolfstein ("Plaintiff") against Defendants,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants shall have judgment in their favor against Plaintiff.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims are dismissed with prejudice.

1  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs take
2 nothing and that Defendants shall have their costs of suit.
3  IT IS SO ORDERED.
4
5 DATED: February 4, 2016

                                                Percy Anderson
                                  UNITED STATES DISTRICT JUDGE